| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Joshua M. Wolff, Esq. (Bar No. 134426)<br>WOLFF LAW CORPORATION<br>9160 Irvine Center Dr., Suite 200<br>Irvine, California 92618-4683<br>T: (949) 769-3600 \| F: (949) 769-3601<br>jwolff@wolff-law.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Mach-1 Autogroup, et.al. | **FILED & ENTERED**<br><br>**NOV 27 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| In re:<br><br>MARC JOSEPH SPIZZIRRI<br><br><br>                                                Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:13-bk-14702 MW |
|---|---|
| | DATE:     November 25, 2013<br>TIME:     9:00 a.m.<br>CTRM:    6C<br>FLOOR: Sixth |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
### (MOVANT:    Mach-1 Autogroup, et al.    )

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name:    Mach-1 et al. v. Family Investment Co., et al.

    Docket number:    Cal Appellate Case No. G048082

    Court or agency where pending:    Cal Court of Appeals, Santa Ana

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a.    ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
    b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.    ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b. ☒ Proceeding against the Debtor(s) as to NON-estate property or earnings.

7. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☐ See attached continuation page for additional provisions.

                                                ###

Date: November 27, 2013

Mark S. Wallace
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                                   Page 2                                   **F 4001-1O.NA**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) _11/26/2013_, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Dan E Chambers   dchambers@clfca.com
- Ronald R Cohn   rcohn@horganrosen.com
- Caroline Djang   cdjang@rutan.com
- Nichole Glowin   nglowin@wrightlegal.net, bkgroup@wrightlegal.net
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com;rreeder@buchalter.com
- Stephen E Hyam   shyam@clarktrev.com
- John Mark Jennings   jjennings@shbllp.com
- Elizabeth A Lossing   elizabeth.lossing@usdoj.gov
- Mike D Neue   mneue@lntlaw.com, jokeefe@lntlaw.com;nlockwood@lntlaw.com    *ATTORNEY FOR DEBTOR*
- Robert E Opera   ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;jstuhlmiller@winthropcouchot.com
- Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
- Brett Ramsaur   bramsaur@swlaw.com, kcollins@swlaw.com
- Todd C. Ringstad   becky@ringstadlaw.com
- Leonard M Shulman   lshulman@shbllp.com
- Scott O Smith   ssmith@buchalter.com
- Derrick Talerico   dtalerico@lntlaw.com, nlockwood@lntlaw.com;jokeefe@lntlaw.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Michael J. Weiland   mweiland@wgllp.com, lfisk@wgllp.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

*Debtor*
**Marc Joseph Spizzirri**
30721 Hunt Club Dr., San Juan Capistrano, CA 92675

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

| | |
|---|---|
| Joshua M Wolff | DEBTOR'S STATE COURT COUNSEL: |
| Wolff Law Corp | Frank W. Battaile, Esq. |
| 9160 Irvine Center Dr., Ste 200 | 2301 Dupont Dr., Suite 530 |
| Irvine, CA 92618 | Irvine, CA 92612    F.Battaile@BattaileLaw.com |

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.