UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: MARC JOSEPH SPIZZIRRI, Debtor(s). | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| | Case Number: | 8:13-bk-14702 MW |
| | Operating Report Number: | 9 |
| | For the Month Ending: | 28-Feb-14 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT* AND SPOUSE)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 157,825.27 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 156,681.62 |
| | $ | - |
| 3. BEGINNING BALANCE: | $ | 1,153.65 |
| 4. RECEIPTS DURING CURRENT PERIOD: | $ | 3,650.00 |
| 5. BALANCE: | $ | 4,803.65 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | $ | 5,523.11 |
| 7. ENDING BALANCE: | | <$719.46> |

8.

| | | | |
|---|---|---|---|
| General Account No.: | | 55-00001247 | |
| Spouse Account No: | | 3150179716 | |
| Family Equities Account No. | (Personal Disb. Only) | 321007891 | |
| Depository Name & Location: | EastWest Bank<br>9300 Flair Drive, Suite 106<br>El Monte, CA 91731 | California Bank & Trust<br>PO Box 489<br>Lawndale, CA 90260 | California Bank & Trust<br>PO Box 489<br>Lawndale, CA 90260 |

* All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT (DIP) FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/19/2014 | 5082 | U.S. Trustee | Quarterly Fees | 650.00 |
| 2/28/2014 | Auto | East West Bank | Maintenance Fee | 12.00 |

TOTAL DISBURSEMENTS THIS PERIOD: 662.00

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: 2/28/2014 Balance on Statement: $277.76

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS:

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: $277.76

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

Spouse Bank Account - 9716

California Bank Trust

| Check No. | Date | Amount | Payee | Purpose |
|---|---|---|---|---|
| Auto (5207) | 1/29/2014 | $ 96.37 | Paypal | Goods |
| Auto | 2/3/2014 | $ 852.62 | Progressive Mgmt. | |
| Auto (5224) | 2/12/2014 | $ 42.93 | Macy's | Goods |
| Auto (5226) | 2/18/2014 | $ 25.34 | Rite Aid | Goods |
| 5193 | 2/4/2014 | $ 206.00 | Aardvark, Inc. | Pool maintenance |
| 5201 | 1/29/2014 | $ 131.73 | Community Orthopedic | Medical |
| 5206 | 2/3/2014 | $ 168.29 | Heba Fargag, M.D. | Medical |
| 5209 | 1/29/2014 | $ 65.00 | Bella Nails | Nail services |
| 5210 | 1/28/2014 | $ 200.00 | Quest Diagnostics | Medical |
| 5214 | 2/5/2014 | $ 16.00 | Kim Abrams | Services |
| 5215 | 1/28/2014 | $ 57.78 | Nordstrom | Goods |
| 5216 | 2/10/2014 | $ 78.40 | U.S. Postmaster | Postage |
| 5217 | 2/10/2014 | $ 31.84 | | |
| 5218 | 2/6/2014 | $ 32.13 | Ralphs | Food and goods |
| 5219 | 2/7/2014 | $ 51.25 | Ralphs | Food and goods |
| 5220 | 2/11/2014 | $ 64.79 | Petco | Pet supplies |
| 5221 | 2/12/2014 | $ 111.53 | Healthworks | Medical |
| 5222 | 2/13/2014 | $ 46.88 | Vons | Food and goods |
| 5223 | 2/13/2014 | $ 155.31 | Ralphs | Food and goods |
| 5225 | 2/14/2014 | $ 210.00 | Kat Jackson | Services |
| 5227 | 2/18/2014 | $ 177.24 | Costco | Food and goods |
| 5228 | 2/19/2014 | $ 9.71 | Vons | Food and goods |
| 5229 | 2/21/2014 | $ 21.00 | Petco | Pet supplies |
| 5230 | 2/18/2014 | $ 64.39 | Ralphs | Food and goods |
| 5231 | 2/21/2014 | $ 449.48 | City of San Juan Capistrano | Maintence |
| 5232 | 2/20/2014 | $ 112.37 | Costco | Food and goods |
| 5233 | 2/20/2014 | $ 18.77 | Ralphs | Food and goods |
| 5235 | 2/26/2014 | $ 78.24 | Chicos | Goods |
| **Total** | | **$ 3,575.39** | | |
| | | | | |
| **Deposits** | **Date** | **Amount** | | |
| | 1/31/2014 | $ 2,000.00 | | |
| | 2/18/2014 | $ 1,000.00 | | |
| **Total** | | **$ 3,000.00** | | |

Family Equities - Calif. Bank Trust - Bank Account - 7891

| Check No. | Date | Amount | Payee | Purpose |
|---|---|---|---|---|
| 4035 | 8/28/2013 | $ 199.26 | San Diego Gas & Electric | Utilities |
| 4077 | 11/22/2013 | $ 1,086.46 | First Republic Bank | Mortgage |
| | | | | |
| **Total** | | **$ 1,285.72** | | |

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Bancentre Corp (Hawaii Property) | Monthly | $ 26,500.00 | 8 | $ 212,000.00 |
| California Bank & Trust (San Juan Property) | Monthly | $ 3,287.00 | 1 | $ 3,287.00 |
| First Republic Bancr (Hawaii Property) | Monthly | $ 10,417.00 | 8 | $ 83,336.00 |
| First Republic Bancr (San Juan Property) | Monthly | $ 3,400.00 | 1 | $ 3,400.00 |
| Mach -1 Autogroup (judgment lien - under appeal) | n/a | n/a | n/a | n/a |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | $ 302,023.00 |

V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| ›meowners (San Juan Property) | Allstate Insurance | $ 4,031,350.00 | 2/16/2014 | Monthly |
| Homeowners (Hawaii Property) | Liberty Mutual | $ 3,473,400.00 | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |
| | | | | |

# I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | 277.76 |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: | |
| | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE: 277.76

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

TOTAL PETTY CASH TRANSACTIONS: 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

# VI. UNITED STATES TRUSTEE QUARTERLY FEES (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2013 | 68,811.17 | 650.00 | 19-Jul-2013 | $ 325.00 | |
| 30-Sep-2013 | 43,749.85 | 650.00 | 13-Dec-2013 | $ 325.00 | |
| 30-Sep-2013 | | | 22-Jan-2014 | $ 325.00 | |
| 31-Dec-2013 | 31,642.04 | 650.00 | 19-Feb-2014 | $ 650.00 | |
| 30-Jun-2013 | | | 25-Mar-2014 | $ 325.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# XI. QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Hearing on approval of the Debtor's Amended Dislcosure Statement is scheduled for June 18, 2014.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Marc J. Spizzirri
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3/26/2014
Date

Principal for debtor-in-possession

EASTWESTBANK *Your Financial Bridge*
9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: February 01, 2014
ENDING DATE: February 28, 2014
Total days in statement period: 28
55-00001247
( 1)



02 01
MARC JOSEPH SPIZZIRRI
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 13-14702
z764m 33033 CAMINO CAPISTRANO
01733 SAN JUAN CAPISTRANO CA 92675

Have your paycheck deposited safely and quickly with Direct Deposit. It saves you a trip to the bank and your money will be deposited to you account electronically. Simply provide our routing number 322070381 and your account number to the payroll department of your company.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 55-00001247 | Beginning balance | | $289.76 |
| Enclosures | 1 | Total additions | (1) | 650.00 |
| Low balance | $289.76 | Total subtractions | (2) | 662.00 |
| Average balance | $475.47 | Ending balance | | $277.76 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 02-19 | Deposit | TLR 3903 BR 8039 | 650.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 5062 | 02-27 | 650.00 | | | |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 02-28 | Maintenance Fee | 12.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 289.76 | 02-27 | 289.76 | | |
| 02-19 | 939.76 | 02-28 | 277.76 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $30.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



| | |
|---|---|
| Checking Account | 5500001247 |
| Statement Date | 02/28/2014 |
| Page | 2 of 2 |



02/27/2014 5062 $650.00

3410 rev 05-10

CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: February 26, 2014
Last Statement: January 27, 2014

Account 3150179716

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0003007 4058-06-0000-CBT-PG0021-00000

CANDACE C SPIZZIRRI
POD MARC SPIZZIRRI
30721 HUNT CLUB DR
SAN JUAN CAPISTRANO CA 92675-1915

San Juan Capistrano
32221 Camino Capistrano
San Juan Capistrano, CA 92675-3721
(949) 248-0100

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Classic Checking | 3150179716 | $268.50 | |

## CLASSIC CHECKING 3150179716

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| 843.89 | 3,000.00 | 1,017.26 | 2,558.13 | 268.50 |

**2 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 01/31 | 2,000.00 | DEPOSIT 5353129738 |
| 02/18 | 1,000.00 | DEPOSIT 5353154440 |

**4 CHARGES/DEBITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 01/29 | 96.37 | PAYPAL/EBAY MC CHECK PY 5207 REF # 014028001428856 1104007995 |
| 02/03 | 852.62 | Progressive Mgmt 800258 90737221 REF # 014034003755649 1108550568 |
| 02/12 | 42.93 | MACYS 0526 ELEC CHECK 5224 MISSCAREF # 014043009054024 1104636395 |
| 02/18 | 25.34 | RITE AID 05750 PURCHASE 5226 SANJCAREF # 014049001206784 1104857056 |

**24 CHECKS PROCESSED**

| *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 5193 | 02/04 | 206.00 | 5217 | 02/10 | 31.84 | 5227* | 02/18 | 177.24 |
| 5201* | 01/29 | 131.73 | 5218 | 02/06 | 32.13 | 5228 | 02/19 | 9.71 |
| 5206* | 02/03 | 168.29 | 5219 | 02/07 | 51.25 | 5229 | 02/21 | 21.00 |
| 5209* | 01/29 | 65.00 | 5220 | 02/11 | 64.79 | 5230 | 02/18 | 64.39 |
| 5210 | 01/28 | 200.00 | 5221 | 02/12 | 111.53 | 5231 | 02/21 | 449.46 |
| 5214* | 02/05 | 16.00 | 5222 | 02/13 | 46.88 | 5232 | 02/20 | 112.37 |
| 5215 | 01/28 | 57.78 | 5223 | 02/13 | 155.31 | 5233 | 02/20 | 18.77 |
| 5216 | 02/10 | 78.40 | 5225* | 02/14 | 210.00 | 5235* | 02/26 | 78.24 |

** Not in check sequence*

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



MEMBER FDIC

## An Easy Approach To Balancing Your Account



**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
***(This is a Summary of Your Billing Rights).***
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

**•Review account balances •Review posted transactions • Pay bills • Transfer funds**
**Sign up today at www.calbanktrust.com or call 888-217-1265.**




P.O. Box 489, Lawndale, CA 90260-0489


February 26, 2014
CANDACE C SPIZZIRRI
3150179716

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/28 | 586.11 | 02/06 | 1,017.97 | 02/14 | 225.04 |
| 01/29 | 293.01 | 02/07 | 966.72 | 02/18 | 958.07 |
| 01/31 | 2,293.01 | 02/10 | 856.48 | 02/19 | 948.36 |
| 02/03 | 1,272.10 | 02/11 | 791.69 | 02/20 | 817.22 |
| 02/04 | 1,066.10 | 02/12 | 637.23 | 02/21 | 346.74 |
| 02/05 | 1,050.10 | 02/13 | 435.04 | 02/26 | 268.50 |

This page intentionally left blank

| In re: Marc Joseph Spizzirri Debtor(s). | CHAPTER: **11** CASE NUMBER: **8:13-bk-14702 MW** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**840 Newport Center Drive**
**Suite 750**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled: **OPERATING REPORT NO. 9** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 26, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On _________ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on______________ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/26/2014 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

| In re: **Marc Joseph Spizzirri** Debtor(s). | CHAPTER **11**<br>CASE NUMBER **8:13-bk-14702 MW** |
|---|---|

- Dan E Chambers dchambers@clfca.com
- Ronald R Cohn rcohn@horganrosen.com
- Caroline Djang cdjang@rutan.com
- Nichole Glowin nglowin@wrightlegal.net, bkgroup@wrightlegal.net
- Robert P Goe , rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Christina Goebelsmann cgoebelsmann@wargofrench.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com;rreeder@buchalter.com
- James Andrew Hinds jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Stephen E Hyam shyam@clarktrev.com
- John Mark Jennings jjennings@shbllp.com
- Elizabeth A Lossing elizabeth.lossing@usdoj.gov
- Mike D Neue mneue@lntlaw.com, jokeefe@lntlaw.com;nlockwood@lntlaw.com
- Tom Roddy Normandin tnormandin@pnbd.com, nwong@pnbd.com
- Robert E Opera ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;jstuhlmiller@winthropcouchot.com
- Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com
- Brett Ramsaur bramsaur@swlaw.com, kcollins@swlaw.com
- Todd C. Ringstad becky@ringstadlaw.com
- Paul R Shankman pshankman@jhindslaw.com
- Leonard M Shulman lshulman@shbllp.com
- Scott O Smith ssmith@buchalter.com
- Derrick Talerico dtalerico@lntlaw.com, nlockwood@lntlaw.com;jokeefe@lntlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Michael J. Weiland mweiland@wgllp.com, lfisk@wgllp.com
- Barouir B Yeretzian byeretzian@jhindslaw.com, yeretzian@gmail.com