[x] Recording requested by a return to:

Paul R. Shankman, Esq.
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd., Suite 1150
Torrance, CA 90503
Tel: (310) 316-0500
E-mail: byeretzian@jhindslaw.com

**FOR COURT USE ONLY**

RECEIVED

MAR 31 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Marc Joseph Spizzirri

                                    Debtor

CASE NUMBER  8:13-bk-14702-MW

ADVERSARY NUMBER

                        Plaintiff

vs.

                        Defendant

# ABSTRACT OF JUDGMENT

---

The Judgment Creditor applies for an abstract of judgment and represents:

1.  The Judgment Debtor's:
    a.  Name and address    Mach-1 Autogroup, LLC

                            29961 Rancho Santa Margarita Pkwy.

                            Rancho Santa Margarita, CA 92688

                            [ ]  Address Unknown

    b.  Driver's License No.    N/A                              [ ] Unknown

    c.  Social Security No.     N/A                              [ ] Unknown

2.  The Summons was personally served at, or mailed to (address):
    12/22/2014 via E-mail to Mr. Barry Baptiste, representative for Mach-1 Autogroup, LLC and Mach-1 RSMH,LLC

3.  [x]  Information regarding additional judgment debtors is shown on reverse side.

    Dated: March 27, 2015

    _____
    (Signature of Judgment Creditor or Attorney)
    Paul R. Shankman, Esq.

(Continued on Reverse Side)

Abstract of Judgment - Page Two

| (SHORT TITLE) | CHAPTER 7 (formerly 11) |
|---|---|
| In re Marc Joseph Spizzirri | ADVERSARY NO: _____ |
| Debtor. | |

4. I certify that in the above-entitled action and Court, Judgment was entered on March 19, 2015 ,

in favor of Hinds & Shankman, LLP _____ and against Mach-1 Autogroup, LLC and Mach-1 RSMH, LLC

for $ 0.00 _____ Principal,

$ 0.00 _____ Interest,

$ 79,144.89 _____ Attorney's Fees, and

$ 0.00 _____ Costs.

A lien in favor of a judgment creditor is:

[x]  not endorsed on the judgment.

[ ]  endorsed on the judgment as follows:

1.  Amount  $ _____

2.  In favor of (name) _____

A stay of execution has:

[x]  not been ordered by the Court.

[ ]  been ordered by the Court effective until (date): _____

Attested this ____3th____ day of ___March 2015___

SEAL

**KATHLEEN J. CAMPBELL**

KATHLEEN J. CAMPBELL
**Clerk of the Bankruptcy Court**

JEWEL ROQUE

By _____
    JEWEL ROQUE Deputy Clerk

Information regarding additional judgment debtors:

Mach-1 RSMH, LLC

9401 Wilshire Blvd., Suite 1250

Beverly Hills, CA 90212

_Revised February 2010_