Bruce Voss, Esq.
Edgar Johnson, Esq.
Fritz J. Firman, Esq. (State Bar No. 117011)
1503 South Coast Drive, Suite 209
Costa Mesa, CA 92626
Tel: (714) 433-7185
Fax: (714) 622-0302

Attorneys for Creditors
MACH-1 RSMH, LLC; MACH-1 AUTOGROUP, CRAIG BAPTISTE

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARC JOSEPH SPIZZIRRI,<br><br><br><br>Debtor. | CASE NO.: 8:13-bk-14702MW<br><br>CHAPTER 7<br><br>**EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MARC JOSEPH SPIZZIRRI**<br><br>Date: January 11, 2016<br>Time: 2:00 p.m.<br>Ctrm: 6C |

Objecting Creditors, MACH-1 RSMH, LLC, MACH-1 AUTOGROUP, LLC; and CRAIG BAPTISTE, object to the Declaration of Marc Joseph Spizzirri filed in support of his motion to voluntarily dismiss his Chapter 7 case as follows:

---

EVIDENTIARY OBJECTIONS

| Material Objected To: | Grounds For Objection |
|---|---|
| 1. Page 9, ¶2:<br>"Virtually all of my nonexempt assets have been fully administered other than my interest in DFG Group Investors, LLC ("DFG")." | Federal Rule of Evidence 602.<br>Vague as to what "virtually" means<br>Lacks foundation<br>Conclusion |
| 2. Page 9, ¶3:<br>"I am uncertain if and when I will receive a distribution on account of my interest in DFG." | Federal Rule of Evidence 602<br>Vague<br>Lacks foundation<br>Speculation<br>Fails to identify or quantify the Declarant's interest in DFG |

WHEREFORE, the Objecting Creditors pray:

1. That Creditors' evidentiary objections to the testimony of the Debtor, Marc Joseph Spizzirri, be sustained in their entirety;

2. That the portions of the testimony of the Debtor to which Objecting Creditors have objected be stricken from the record; and

3. For such other and further relief that the court may deem just and proper.

DATED: December 28, 2015

By: _____
Fritz J. Firman, Attorney for Objecting Creditors
MACH-1 RSMH, LLC; MACH-1 AUTOGROUP, CRAIG BAPTISTE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1503 South Coast Drive**
**Suite 209**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MARC JOSEPH SPIZZIRRI will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/28/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee - ustpregion16.sa.ecf@usdoj.gov

Trustee's Attorney Nanette Sanders - becky@ringstadlaw.com

Opposing counsel William Lobel - wlobel@lwgfllp.com

Former counsel for Official Creditors Committee Rob Goe - kmurphy@goeforlaw.com

Attorney for Debtor Reem Bello - rbello@ringstadlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/28/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Judge | Chapter 7 Trustee |
|---|---|---|
| Marc Joseph Spizzirri | Honorable Mark Wallace | Bradley R. Sharp (TR) |
| 30721 Hunt Club Drive | US Bankruptcy Court | 333 So. Grand Ave, Ste. 4070 |
| San Juan Capistrano, CA 92675 | 411 W. Fourth Street, Ste. 6135 | Los Angeles, CA 90071-1544 |
| | Santa Ana, CA 92701-4593 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/28/2015 | Jackson Clerisse | */s/ Jackson Clerisse* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                **9013-3.1.PROOF.SERVICE**