Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
2030 Main Street, 16th Floor
Irvine, CA 92614
Telephone: 949-851-7450
Facsimile: 949-851-6926

General Bankruptcy Counsel for Bradley Sharp,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 22 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARC JOSEPH SPIZZIRRI,<br><br><br>Debtor. | Case No. 8:13-bk-14702 MW<br><br>Chapter 7 Proceeding<br><br>**ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S ABANDONMENT OF LITIGATION AND RELATED CLAIMS**<br><br>[No Hearing Required] |

The Court, having read and considered the Notice of Intent to Abandon Litigation and Related Claims [Docket No. 915] and the Declaration that No Party Requested a Hearing on Motion [Docket No. 944], and noting that no opposition has been filed, and finding that notice was proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Bradley Sharp, the duly-appointed, qualified, and acting trustee in the above-captioned Chapter 7 bankruptcy proceeding, is authorized to abandon the estates interest in the following property:

> **All claims related to or arising out of that certain litigation entitled *Family Investment Company, Inc. v. Mach-1 Autogroup, et al.*, Case No. 30-2009-00126504, pending before the Orange County Superior Court, Central Justice Center (the "Litigation"), as scheduled by the Debtor in his Statement of Financial Affairs**

**[Docket No. 28, page 31 of 43], including, but not limited to, (1) all claims (direct or counter) asserted in the Litigation, (2) any claims against Mach-1 Autogroup, Mach-1 RSMH, LLC, Craig Baptiste and Barry Baptiste (the "Mach-1 Parties") arising out of the post-judgment activities of each and damage to the estate and/or the Debtor by virtue of the loss of the real properties located at 30721 Hunt Club Drive, San Juan Capistrano, CA and 3292 Kilihiwai Road, Kilauea, Kauai, HI, the interest in the real property (a deed restriction) located at Lot D or Tract 15219 and all rights respecting Lot 2 of Tract 15218, Rancho Santa Margarita, CA, or the loss or diminution in value of the estate's interests in Auto Orange II, LLC, Family Collectibles, LLC dba Family Classic Cars, or Family Equities Management, LLC, or any other entity in which the Estate has an interest.**

**IT IS FURTHER ORDERED** that entry of this order shall constitute abandonment.

###

Date: February 22, 2016

Mark S. Wallace
United States Bankruptcy Judge