| | |
|---|---|
| ☒ Recording requested by a return to:<br>Robert P. Goe - State Bar No. 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>rgoe@goeforlaw.com; Telephone: (949) 798-2460; Fax: (949) 955-9437 | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: MARC JOSEPH SPIZZIRRI

Debtor

CASE NUMBER 8:13-bk-14702-MW

ADVERSARY NUMBER

Plaintiff

vs.

Defendant

# ABSTRACT OF JUDGMENT

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

   MARC JOSEPH SPIZZIRRI

   6605 Colina Puesta

   San Clemente, CA 92673

   ☐ Address Unknown

   b. Driver's License No. _____   ☒ Unknown

   c. Social Security No. XXX-XX-5344   ☐ Unknown

2. The Summons was personally served at, or mail to (address):
   N/A

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: 03/16/2016

   _____
   (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER 8:13-bk-14702-MW |
|---|---|---|
| MARC JOSEPH SPIZZIRRI | Debtor(s). | (11) ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on March 15, 2016 (attached as Exhibit 1),

   in favor of GOE & FORSYTHE, LLP and against MARC JOSEPH SPIZZIRRI

   for $ 60,475.50   Principal,   (Attorneys' Fees awarded in representing the Official Committee of Unsecured Creditors of the bankruptcy estate)

   $ _____   Interest,

   $ _____   Attorney's Fees, and

   $ _____   Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this 25th day of March 2016.

(SEAL)

**KATHLEEN J. CAMPBELL**
KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

JEWEL ROQUE

By: _____
Deputy Clerk
JEWEL ROQUE

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*

# EXHIBIT 1

# EXHIBIT 1

1  Robert P. Goe - State Bar No. 137019
   **GOE & FORSYTHE, LLP**
2  18101 Von Karman Avenue, Suite 1200
   Irvine, CA 92612
3  rgoe@goeforlaw.com

4  Telephone: (949) 798-2460
   Facsimile:  (949) 955-9437
5
   Former Attorneys for the Official Committee of
6  Unsecured Creditors

```
FILED & ENTERED

MAR 15 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK
```

7
8              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SANTA ANA DIVISION
10

11  In re:                              Case No. 8:13-bk-14702-MW

12  MARC JOSEPH SPIZZIRRI,               Chapter 11 Proceeding

13                                       **ORDER GRANTING MOTION OF GOE
                 Debtor.                 & FORSYTHE, LLP, FORMER
14                                       COUNSEL FOR THE OFFICIAL
                                         COMMITTEE OF UNSECURED
15                                       CREDITORS FINAL APPLICATION FOR
                                         COMPENSATION AND
16                                       REIMBURSEMENT OF EXPENSES**

17
                                         **Hearing:**
18                                       Date:        February 29, 2016
                                         Time:        2:00 p.m.
19                                       Courtroom:   6C
                                                      411 West Fourth Street
20                                                    Santa Ana, California 92701
21
22
23
       The Motion filed by Goe & Forsythe, LLP, former counsel to the Official Committee of
24
   Unsecured Creditors, for an Order Granting Final Application for Compensation and
25
   Reimbursement of Expenses ("Motion") came on for hearing on February 29, 2016 at 2:00 p.m.
26
   before the Honorable Mark S. Wallace, United States Bankruptcy Judge, presiding. Robert P. Goe
27
   appeared on behalf of Goe & Forsythe, LLP. All other appearances were noted on the record.
28

                                          1

Based upon the Motion, no opposition having been filed, the papers, pleadings and other documents on file in the Debtor's case, and for other good and sufficient cause,

**IT IS ORDERED THAT:**

1. Goe & Forsythe, LLP is hereby awarded as a final fee award **$60,475.50**.
2. No payment shall be authorized until after determination of the pending appeals, or further order of this Court.

###

Date: March 15, 2016

*/s/ Mark S. Wallace*
Mark S. Wallace
United States Bankruptcy Judge

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **ABSTRACT OF JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 16, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 16, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 16, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| March 16, 2016 | Kerry A. Murphy | *(signed)* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Mel Aranoff    maranoff@hrbc.com
- Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- William M. Burd    wmburd@burd-naylor.com
- Dan E Chambers    dchambers@clfca.com
- Ronald R Cohn    rcohn@horganrosen.com
- Caroline Djang    cdjang@rutan.com
- Fritz J Firman    firmanweber@Yahoo.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Stephen E Hyam    shyam@clarktrev.com
- John Mark Jennings    jjennings@shbllp.com
- Edgar C Johnson    ej@vossjohnsonlaw.com, edgarcjohnson@gmail.com
- Verlan Y Kwan    verlan@keystone-law.com
- William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com
- Mike D Neue    mneue@btntlaw.com
- Tom Roddy Normandin    tnormandin@pnbd.com, nwong@pnbd.com;srichards@pnbd.com;cathyjones@pnbd.com
- Robert E Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com;rchavez@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, sberumen@swlaw.com
- Brett Ramsaur    bramsaur@swlaw.com, kcollins@swlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Nanette D Sanders    becky@ringstadlaw.com
- Justin Santarosa    jsantarosa@hrbc.com
- Paul R Shankman    pshankman@jhindslaw.com
- Leonard M Shulman    lshulman@shbllp.com
- Scott O Smith    ssmith@buchalter.com
- Derrick Talerico    dtalerico@btntlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael J. Weiland    mweiland@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Jeffrey N Williams    jwilliams@wargofrench.com
- Brian Barouir Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com

2. **SERVED BY UNITED STATES MAIL**:

California Bank & Trust
2460 South 3270 West
West Valley City, UT 84119

Bradley D. Sharp (TR)
333 So. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Joshua M Wolff
Wolff Law Corp
9160 Irvine Center Dr Ste 200
Irvine, CA 92618

Law Offices of Frank W. Battaile
2301 Dupont Dr Ste 530
Irvine, CA 92612

Swicker & Associates Accountancy Corporation
11620 Wilshire Blvd, Ste 470
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE