| ☒ Recording requested by a return to:<br>William N. Lobel, SBN 93202<br>Lobel Weiland Golden Friedman LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA  92626 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>MARC J. SPIZZIRRI<br>                                                 Debtor | CASE NUMBER  8:13-bk-14702 MW |
| | ADVERSARY NUMBER    n/a |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address    Marc J. Spizzirri

    6605 Colina Puesta

    San Clemente, CA   92673

    ☐ Address Unknown

    b. Driver's License No.  _____  ☐ Unknown

    c. Social Security No.   xxx-xx-5344   ☐ Unknown

2. The Summons was personally served at, or mail to (address):

    n/a

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: June 24, 2016

(Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE) | CHAPTER 7 (former ch. 11) |
|---|---|
| MARC J. SPIZZIRRI                              Debtor(s). | ADVERSARY NO.: n/a |

4. I certify that in the above-entitled action and Court, Judgment was entered on __March 10, 2016__,

in favor of __Lobel, Neue & Till, LLP__ and against __Marc Joseph Spizzirri__

for  $ __729,269.18__                    Principal, (Attorney fees and costs awarded to
    $ _____                 Interest, Lobel, Neue & Till, LLP as chapter 11
    $ _____                 Attorney's Fees, and reorganization counsel to the debtor)
    $ _____                 Costs.  Attached as Exhibit "1" is a copy of the Order.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

  1. Amount $ _____

  2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __June 24th__ day of __2016__

(SEAL)

KATHLEEN J. CAMPBELL                    *KATHLEEN J. CAMPBELL*
Clerk of the Bankruptcy Court

By: __Tina Shimizu__
                                        Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*