1  Nanette D. Sanders (State Bar No. 120169)
   nanette@ringstadlaw.com
2  RINGSTAD & SANDERS LLP
   2030 Main Street, 16th Floor
3  Irvine, CA 92614
   Telephone: 949-851-7450
4  Facsimile: 949-851-6926

5  General Bankruptcy Counsel for Bradley Sharp,
   Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARC JOSEPH SPIZZIRRI,<br><br>Debtor. | Case No. 8:13-bk-14702-MW<br><br>Chapter 7 Proceeding<br><br>**NOTICE OF SUPPLEMENTAL DISTRIBUTION; DECLARATION OF BRADLEY SHARP IN SUPPORT THEREOF**<br><br>Date:  [No Hearing Required]<br>Time:<br>Place: |

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:**

Bradley Sharp, the Chapter 7 Trustee and former Chapter 11 Trustee (the "Trustee") in the above-captioned bankruptcy proceeding of Marc Joseph Spizzirri (the "Debtor"), respectfully provides that subsequent to dismissal of this proceeding, the Trustee has received a refund from the cancellation of his bond in the amount of $2,199.00. The Trustee intends to

1 | effectuate a supplemental distribution to administrative creditors as set forth in the attached
2 | Declaration of Bradley Sharp.

3 | Dated: March 28, 2017          Respectfully Submitted,

4 |                                RINGSTAD & SANDERS LLP

6 |                                By:     /s/ Nanette D. Sanders
                                       Nanette D. Sanders
7 |                                    General Bankruptcy Counsel for
                                       Bradley Sharp, Chapter 7 Trustee

- 2 -

### DECLARATION OF BRADLEY SHARP

I, Bradley Sharp, declare as follows:

1. I am an adult over the age of eighteen years. I am the duly appointed and acting Chapter 7 Trustee for this bankruptcy estate. The matters set forth herein are of my own personal knowledge and, if called upon to do so, I could and would competently testify thereto.

2. On or about February 2, 2017, I received a refund from Austin McNichols, the issuer of my bond in this proceeding, in the amount of $2,199.00.

3. Attached hereto as Exhibit "1" is a summary of final distributions previously made in this proceeding, as well as the supplemental distribution to be made to creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 28 day of March, 2017 at Chicago, Illinois.

_____
Bradley Sharp

## Summary of Final Distribution and
## Supplemental Distribution to be made to Creditors

**Final Creditor Distribution**

**Chapter 7**

| | |
|---|---:|
| Development Specialists Inc. | 11,010.73 |
| Swicker & Associates | 1,524.30 |
| Ringstad & Sanders, LLP | 46,890.00 |
| Ringstad & Sanders, LLP | 48,278.18 |
| **Total Chapter 7 Creditor Distributions** | **$ 107,703.21** |

**Chapter 11**

| | |
|---|---:|
| Lobel, Neue & Till, LLP | 154,509.99 |
| Law Offices of Frank W. Battaile | 4,278.71 |
| Law Offices of Paul W. Raymond | 3,571.93 |
| Goe & Forsythe, LLP | 13,066.40 |
| Winthrop Couchot | 11,662.85 |
| Ringstad & Sanders, LLP | 16,035.68 |
| Swicker & Associates | 1,641.20 |
| Hinds & Shankman, LLP | 42,627.86 |
| Nichols Capistrano Associates | 26,026.06 |
| Franchise Tax Board | 2,164.11 |
| **Total Chapter 11 Creditor Distributions** | **$ 275,584.79** |
| **Total Final Creditor Distributions** | **$ 383,288.00** |

**Supplemental Distribution**

**Chapter 11**

| | |
|---|---:|
| Lobel, Neue & Till, LLP | 1,232.90 |
| Law Offices of Frank W. Battaile | 34.14 |
| Law Offices of Paul W. Raymond | 28.50 |
| Goe & Forsythe, LLP | 104.26 |
| Winthrop Couchot | 93.06 |
| Ringstad & Sanders, LLP | 127.96 |
| Swicker & Associates | 13.10 |
| Hinds & Shankman, LLP | 340.14 |
| Nichols Capistrano Associates | 207.67 |
| Franchise Tax Board | 17.27 |
| **Total Supplemental Creditor Distribution** | **$ 2,199.00** |

Exhibit 1
Page 4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2030 Main Street, Suite 1600, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SUPPLEMENTAL DISTRIBUTION; DECLARATION OF BRADLEY SHARP IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 28, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Mel Aranoff maranoff@hrbc.com
- Reem J Bello rbello@lwgfllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- William M. Burd wmburd@burd-naylor.com, mcrouch@burd-naylor.com
- Dan E Chambers dchambers@clfca.com
- Ronald R Cohn rcohn@horganrosen.com
- Caroline Djang cdjang@rutan.com
- Fritz J Firman firmanweber@Yahoo.com, centralservice.firmanweber@gmail.com
- Nichole Glowin nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- James Andrew Hinds jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Stephen E Hyam shyam@clarktrev.com
- John Mark Jennings jjennings@shbllp.com
- Edgar C Johnson ej@vossjohnsonlaw.com, edgarcjohnson@gmail.com
- Verlan Y Kwan verlan@keystone-law.com
- William N Lobel wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Brian R Nelson becky@ringstadlaw.com, brian@ringstadlaw.com
- Mike D Neue mneue@dynamic-law.com, mwjaraki@me.com
- Tom Roddy Normandin tnormandin@pnbd.com, nwong@pnbd.com;srichards@pnbd.com;cathyjones@pnbd.com
- Robert E Opera ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Eric S Pezold epezold@swlaw.com, sberumen@swlaw.com
- Brett Ramsaur brett@ramsaurlaw.com, andi@ramsaurlaw.com
- Todd C. Ringstad becky@ringstadlaw.com
- Nanette D Sanders becky@ringstadlaw.com
- Justin Santarosa jasantarosa@duanemorris.com
- Paul R Shankman pshankman@jhindslaw.com
- Bradley D. Sharp (TR) bsharp@dsi.biz
- Leonard M Shulman lshulman@shbllp.com
- Scott O Smith ssmith@buchalter.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Derrick Talerico dtalerico@btntlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Michael J. Weiland mweiland@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Jeffrey N Williams jwilliams@wargofrench.com
- Brian Barouir Yeretzian byeretzian@jhindslaw.com, yeretzian@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 28, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Marc Joseph Spizzirri
6605 Colina Puesta
San Clemente, CA 92673

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 28, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**Via Personal Delivery**: Honorable Mark S. Wallace, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth Street, Mail slot by 6th Floor Elevators, Santa Ana, CA 92701-4593

**Via Email:**
Bradley Sharp
Development Specialists, Inc.
333 S. Grand Ave., #4070
Los Angeles, CA 90071-1544

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 28, 2017 | Arlene Martin | /s/ Arlene Martin |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE