Robert P. Goe - State Bar No. 137019
Marc C. Forsythe – State Bar No. 153854
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
mforsythe@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Goe & Forsythe, LLP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MARC JOSEPH SPIZZIRRI,<br><br><br>Debtor. | Case No. 8:13-bk-14702-MW<br><br>Chapter 11 Proceeding<br><br>**WITHDRAWAL OF APPLICATION FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR RE: ENFORCEMENT OF JUDGMENT**<br><br>Date:  August 6, 2018<br>Time:  2:00 p.m.<br>Dept.:  6C<br>Judge:  Hon. Mark S. Wallace |

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Goe & Forsythe, LLP, Judgment Creditor ("G&F") of the bankruptcy estate of Marc Joseph Spizzirri ("Debtor"), hereby withdraws the *Application for Appearance and Examination of Judgment Debtor re: Enforcement of Judgment* ("Application") filed on December 8, 2017 as Docket No. 1033, and request the examination date August 6, 2018 be taken off calendar without prejudice to refiling the Application.

- 1 -

| | | |
|---|---|---|
| 1 | Dated: May 31, 2018 | GOE & FORSYTHE, LLP |

By:/s/Robert P. Goe
   Robert P. Goe, Counsel for
   Judgment Creditor, Goe & Forsythe, LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **WITHDRAWAL OF APPLICATION FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR RE: ENFORCEMENT OF JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 31, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 31, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 31, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 31, 2018 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Mailing Information for Case 8:13-bk-14702-MW**

- **Mel Aranoff**  maranoff@hrbc.com
- **Reem J Bello**  rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- **William M Burd**  bill@ringstadlaw.com, jaimee@ringstadlaw.com
- **Dan E Chambers**  dchambers@clfca.com
- **Ronald R Cohn**  rcohn@horganrosen.com
- **Caroline Djang**  caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **Fritz J Firman**  firmanweber@Yahoo.com, centralservice.firmanweber@gmail.com
- **Marc C Forsythe**  kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Nichole Glowin**  nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
- **Brian T Harvey**  bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **James Andrew Hinds**  jhinds@jhindslaw.com, mduran@jhindslaw.com
- **Stephen E Hyam**  shyam@clarktrev.com
- **John Mark Jennings**  johnmark.jennings@kutakrock.com
- **Edgar C Johnson**  ej@vossjohnsonlaw.com, edgarcjohnson@gmail.com
- **Verlan Y Kwan**  verlan@keystone-law.com
- **William N Lobel**  wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Brian R Nelson**  becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- **Mike D Neue**  mneue@dynamic-law.com, mwjaraki@me.com
- **Tom Roddy Normandin**  tnormandin@pnbd.com, nwong@pnbd.com;srichards@pnbd.com;cathyjones@pnbd.com
- **Robert E Opera**  ropera@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com;Meir@virtualparalegalservices.com
- **Eric S Pezold**  epezold@swlaw.com, scrisp@swlaw.com
- **Brett Ramsaur**  brett@ramsaurlaw.com, mwjaraki@me.com
- **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Nanette D Sanders**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Justin Santarosa**  jasantarosa@duanemorris.com
- **Paul R Shankman**  pshankman@jhindslaw.com, mduran@jhindslaw.com
- **Bradley D. Sharp (TR)**  bsharp@dsi.biz
- **Leonard M Shulman**  lshulman@shbllp.com
- **Scott O Smith**  ssmith@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Derrick Talerico**  dtalerico@ztlegal.com, maraki@ztlegal.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**  mweiland@wgllp.com, kadele@lwgfllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- **Jeffrey N Williams**  jwilliams@wargofrench.com
- **Brian Barouir Yeretzian**  byeretzian@jhindslaw.com, yeretzian@gmail.com